EVERALDO MALDONADO, recurrente, *v.* EL REGISTRADOR DE LA PROPIEDAD DE ARECIBO, recurrido.

No. 902.—*Sometido:* Noviembre 6, 1933. *Resuelto:* Noviembre 29, 1933.

*Isaías M. Crespo,* abogado del recurrente; el registrador recurrido compareció por escrito.

EL JUEZ ASOCIADO SEÑOR HUTCHISON, emitió la opinión del tribunal.

Magdalena Jiménez Sotomayor, después de obtener el divorcio de su marido, vendió a Everaldo Maldonado su condominio y derechos indivisos en cierta parcela de terreno que había pertenecido a la sociedad de gananciales. La escritura contenía una cláusula en que se decía que el activo de la sociedad de gananciales había sido liquidado extrajudicialmente y que cierta parte del terreno en cuestión había sido adjudicada a la esposa. Esta porción o subdivisión también se describía en la escritura y el comprador convino en aceptar, y aceptó, la misma como equivalente al condominio pro indiviso y a los derechos realmente adjudicados a él. El registrador

de la propiedad se negó a inscribir la escritura debido a que Fidel Alvarez no había comparecido en la misma. El caso de *Muñoz* v. *El Registrador de la Propiedad de San Juan*, 41 D.P.R. 676, es citado en apoyo de esta resolución.

La escritura no pretendía ser una enajenación del terreno que en ella se alegaba había sido adjudicado a la esposa. No trató de obligar, ni obligó, al esposo divorciado en forma alguna. Sí obligó al adquirente a pasar por el resultado de la división que se decía ya había sido hecha, mas esto no alteró la naturaleza del documento. La transacción en su totalidad fué simplemente un traspaso del condominio pro indiviso de la vendedora o de cualquier derecho, título e interés que ella tuviera en la parcela mayor de terreno sujeta a la liquidación final de la sociedad de gananciales, ya hecha o por hacerse. Como tal era inscribible. Véanse los casos de *Quiñones* v. *Registrador de la Propiedad de Caguas*, 16 D.P.R. 16; *Escalera* v. *Falú*, 19 D.P.R. 751; *Ríos* v. *Registrador de la Propiedad de Arecibo*, 19 D.P.R. 742; *García* v. *Registrador de la Propiedad de Guayama*, 27 D.P.R. 624; *Becerra* v. *Registrador de la Propiedad de Guayama*, 27 D.P.R. 843; *Allende* v. *Registrador de la Propiedad de San Juan*, 28 D.P.R. 569; y *Muñoz* v. *Registrador de la Propiedad de Caguas*, 30 D.P.R. 70.

*La resolución recurrida debe ser revocada.*